UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEVERLY JO JONES,          )
                             )
        Plaintiff,       )
                             )
v.                    )     Civil Action No. **12 1080**
                             )
SOCIAL SECURITY ADMINISTRATION,)
                             )
        Defendant.     )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The application will be granted, and the complaint will be dismissed.

The plaintiff currently receives Social Security and Supplemental Security benefits, and she disputes the payment she is due each month. *See* Compl. ¶¶ 5-8, 10. Because the "Commissioner's decision of . . . the amount of SS and SSI benefits was erroneous," she demands "a <u>Formal Conference</u> type appeal." *Id.* ¶ 10 (emphasis in original). It appears that the plaintiff opted instead to have an Informal Conference, *see id.*, Ex. IV, which occurred on March 29, 2012, *see id.*, Ex. V. In this action, the plaintiff "requests that the court reverse the decision of the Social Security Administration and order the Commissioner . . . to show evidence that [she] qualifies to receive the monthly payments that it drafts to her . . . account[] monthly." Compl. at 5.

"[F]inal SSA decisions eligible for judicial review follow four steps of an administrative review process: (1) an initial determination; (2) a reconsideration determination; (3) a hearing before an ALJ; and (4) review by the Appeals Council." *Beattie v. Astrue*, __ F. Supp. 2d __, __,

2012 WL 628346, at *4 (D.D.C. Feb. 28, 2012) (citation omitted). In other words, only "after any final decision by the Commissioner of Social Security made after a hearing to which he is a party" may a plaintiff seek judicial review in a federal district court. 42 U.S.C. § 405(g). It appears that plaintiff has not yet completed this four-step process, and, therefore, this lawsuit is premature. Accordingly, the Court will dismiss this action. An Order is issued separately.

DATE: 6/29/12

Rosemary M Coll
United States District Judge